FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 DEC 13 P 2:38

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IRWIN J. BERLIN, et al.,<br><br>v.<br><br>PRIME RETAIL, INC., et al. | Civil Action No. WMN 00CV 3253 |

## ORDER

Pursuant to Rule 103(1)(b) of the Rules of the United States District Court for the District of Maryland, it is this 13th day of December, 2000,

**ORDERED THAT** this matter is hereby reassigned to Chief Judge J. Frederick Motz.

United States District Court Judge