*JFM- 00 - 3253*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAVID GRAFF, Individually And On Behalf Of All Others Similarly Situated,** | ) ) ) | **CASE NO. 00-CV-3080 (JFM)** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **PRIME RETAIL INC., WILLIAM H. CARPENTER, ABRAHAM ROSENTHAL, MICHAEL W. RESHKE, and ROBERT P. MULREANEY,** | ) ) ) ) | |
| Defendants. | ) | |
| **CARL GOLDMAN, Individually And On Behalf Of All Others Similarly Situated,** | ) ) | **CASE NO. 00-CV-3179 (JFM)** |
| Plaintiff, vs. | ) ) ) | |
| **PRIME RETAIL, INC., et al** | ) ) ) | |
| Defendants. | ) | |
| **SUSAN TOWBIN and JERRY TOWBIN, Individually And On Behalf Of All Others Similarly Situated,** | ) ) ) | **CASE NO. 00-CV-3212 (JFM)** |
| Plaintiffs, vs. | ) ) ) | |
| **PRIME RETAIL, INC., et al** | ) ) ) | |
| Defendants. | ) | |

#233623

| | | |
|---|---|---|
| IRWIN J. BERLIN, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | CASE NO.  00-CV-3253 (WMN) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PRIME RETAIL, INC., et al | ) ) ) | |
| Defendants. | ) ) | |
| THEODORE ROLE TRUST THEODORE ROLE,TRUSTEE, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) ) | CASE NO. 00-CV-3305 (JFM) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| PRIME RETAIL, INC., et al, | ) ) ) | |
| Defendants. | ) | |
| LOUIS CAROLA, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | CASE 00-CV-3571 (WMN) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PRIME RETAIL, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |
| ROBERT CORWIN, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | CASE NO. 00-CV-3629 (WMN) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| PRIME RETAIL, INC., et al | ) ) ) | |
| Defendants. | ) | |

- 2 -

# ~~[PROPOSED]~~ ORDER

Having considered the Marsh Group's Motion For Consolidation, Appointment As Lead Plaintiff and for Approval of their Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Samuel H. Rudman, Esq., in support thereof, and good cause appearing therefor:

      1.  The actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a);

      2.  The Marsh Group is hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934 ("Securities Act");

      3.  The law firm of Milberg Weiss Bershad Hynes & Lerach LLP is hereby appointed Lead Counsel; and

      4.  The law firm of Tydings & Rosenberg LLP is hereby appointed Liaison Counsel.

SO ORDERED THIS _19th_ day of _March_, 2000

_____
U.S. District Judge

- 3 -